AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | Colorado Case No: 18-mj-01117-MEH |
| v. | ) | |
| Isaac Padilla | ) | Case No. 3:17-CR-30031-01 |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Isaac Padilla                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violating the terms and conditions of supervised release.

**WARRANT ISSUED:**
2:58 pm, Jul 02, 2018
MATTHEW W. THELEN, Clerk
By: *Debra Peterson*
Deputy Clerk

Name and title: Debra Peterson, Deputy Clerk

City and state: Sioux Falls, SD

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Prob 12C - SD
(Rev. 05/2017)

# UNITED STATES DISTRICT COURT

for the

# DISTRICT OF SOUTH DAKOTA

U.S.A. vs Isaac Padilla                                                                                       Docket No. 3:17CR30031-1

### Petition to Revoke Supervised Release

**COMES NOW SHANDA VOLKER, PROBATION OFFICER OF THE COURT**, presenting an official report upon the conduct and attitude of Isaac Padilla, who was sentenced on 07/31/2017 to 10 months custody, followed by 5 years supervised release by the Honorable Roberto A. Lange, United States District Court Judge, sitting in the Court at Pierre, SD. The original offense was Sexual Contact with a Minor, which is a Class C Felony and carries a statutory maximum of 2 years custody upon revocation of supervised release.  The supervised release commenced on 12/22/2017.

**THEREAFTER, NON-COMPLIANT BEHAVIOR OCCURRED RESULTING IN SUPERVISION INTERVENTIONS AS FOLLOWS:**

Mr. Padilla's term of supervised release commenced with him residing at Community Alternatives of the Black Hills (CABH). Mr. Padilla requested to transfer his supervision to the District of Colorado, as Colorado was where his support system resided. On 02/28/2018 Mr. Padilla released from CABH and transitioned into a residential re-entry center in Denver, CO. Mr. Padilla entered sex offender specific treatment with Redirected Sexual Aggression, Inc. (RSA). However, on 06/26/2018 Mr. Padilla was unsuccessfully discharged from the program due to not resolving his issues of denial and minimization surrounding the instant offense within the 12 weeks of "denier's protocol". Based on his unsuccessful termination from treatment, his placement at the residential re-entry center was rejected.

The non-compliant behaviors described in the paragraphs above are the basis of the corresponding allegations listed below.  They are included here to show the pattern of non-compliant behavior and the corresponding corrective measures initiated by the Probation Office.

**NOW RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On or about 06/26/2018, at Lakewood, CO, Isaac Padilla did fail to participate in sex offender treatment as directed, in violation of Special Condition No. 4 of the Conditions of Supervised Release.

2. On or about 06/26/2018, at Denver, CO, Isaac Padilla did fail to reside and participate in residential re-entry center, in that he was unsuccessfully discharged from sex offender specific treatment, in violation of Special Condition No. 5 of the Conditions of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the arrest and return to Court of Isaac Padilla for a hearing to determine whether the Order heretofore granting supervised release should now be revoked.

**I, Shanda Volker, a Probation and Pretrial Services Officer employed in the U.S. District Court for the District of South Dakota, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.**

Respectfully Submitted,

*Volker*

Shanda Volker
U.S. Probation/Pretrial Services Officer
U.S. Probation & Pretrial Services Office
Andrew W Bogue U.S. Courthouse
515 Ninth Street, Ste 203
Rapid City, SD  57701
(605)399-5932
shanda_volker@sdp.uscourts.gov

Reviewed by:

Craig Baker                                         Date:    07/02/2018
Supervisory U.S. Probation Officer